AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

JANE DOE, individual and on behalf of all others similarly situated

*Plaintiff(s)*

v.

HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company; and DOES 1 through 100, inclusive,

*Defendant(s)*

Civil Action No. 25-6905 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company
Address:
152 BEACH ROAD, #11-05, GATEWAY EAST, Singapore 189721

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: POTTER HANDY LLP
Mark D. Potter (SBN 166317); James M. Treglio (SBN 228077); Isabel Rose Masanque (SBN 292673)
100 Pine St., Ste 1250, San Francisco, CA 94111
Tel: (415) 534-1911; Fax: (888) 422-5191

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 08/15/2025

*Signature of Clerk or Deputy Clerk*
Mark Romyn

Civil Action No. 25-6905 LJC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: