UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, individual and on behalf of all others similarly situated,

Plaintiffs,

v.

HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,

Defendants.

Case No. 3:25-cv-06905-EMC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR SERVICE**

AND NOW, upon consideration of Plaintiff's Motion for Administrative Relief to Extend Time for Service and supporting papers, and good cause appearing, as Plaintiff has demonstrated diligence in initiating service under the Hague Service Convention and the process requires several months to complete,

IT IS HEREBY ORDERED that:

Plaintiff's deadline to complete service on Defendant Hytto Pte. Ltd. is extended to May 11, 2026, or 30 days after Plaintiff receives a certificate or other proof of service from the Singapore Central Authority, whichever occurs first.

Plaintiff shall file a short status report every 60 days while Hague service is pending.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
The Honorable Judge Edward M. Chen
United States District Court Judge