# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.

☒ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **— the (date)** / le (date): | 27 January 2026 |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | 152 Beach Road, #11-05, Gateway East, Singapore 189721 |

| | | |
|---|---|---|
| | | **— in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : |
| ☒ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method*:**<br>selon la forme particulière suivante* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | HYTTO PTE. LTD. |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The company itself |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / *Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | Not applicable |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | Please see the attached Affidavit of Service. |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à Supreme Court of Singapore<br><br>**The** / le 3 February 2026 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>Assistant Registrar Leo Zhi Wei<br>Supreme Court of Singapore |

**CENTRAL AUTHORITY OF USA**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL ACTION NO. 25-6905 LJC**

**REQUEST FOR SERVICE OF DOCUMENTS ON**
**HYTTO PTE. LTD.**

**AFFIDAVIT OF SERVICE**

I, Mohamad Hisham Bin Samsudin, Process Server of the Supreme Court of Singapore, do solemnly and sincerely affirm and say as follows:

1. Having been directed to effect service of the documents listed in the Request for Service Abroad of Judicial or Extrajudicial Documents dated 3 December 2025 ("Request"), which is set out in Part 1 of the Model Form annexed to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters done at The Hague on 15 November 1965, (collectively, the **"Documents"**) on **HYTTO PTE. LTD.**

   (i) On Tuesday, 27 January 2026 at 11:30 AM, I served the Documents on HYTTO PTE. LTD. by leaving a copy of the said Documents at its registered office located at 152 Beach Road, #11-05, Gateway East, Singapore 189721.

   A copy of the Request with a record of my service attempt of the Documents is annexed hereto and marked as exhibit **"MH-1"**.

Affirmed at Singapore by the abovenamed)

Mohamad Hisham Bin Samsudin ) Hisham

On the 29 day of January 2026 )

Before me

COMMISSIONER FOR OATH

COMMISSIONER FOR OATHS ★ COURT INTERPRETER, SINGAPORE ★
Geeta Vellu
CI2025/0012
1 Apr 2025 – 31 Mar 2026

THIS IS THE EXHIBIT MARKED **“MH-1”**

REFERRED TO IN

THE AFFIDAVIT

OF **MOHAMAD HISHAM BIN SAMSUDIN**

AFFIRMED ON

THIS 29 DAY OF JANUARY 2026

IN SINGAPORE

BEFORE ME

COMMISSIONER FOR OATHS ★ COURT INTERPRETER SINGAPORE ★ Geeta Vellu CI2025/0012 1 Apr 2025 – 31 Mar 2026

A COMMISSIONER FOR OATHS

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| James M. Treglio, Esq.<br>Authorized to act as Applicant<br>Potter Handy LLP<br>100 Pine St., Ste 1250<br>San Francisco, CA 94111 USA | Ministry of Law<br>100 High Street<br>#08-02<br>The Treasury<br>Singapore 179434<br>Republic of Singapore |

**The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):**

**Hytto Pte. Ltd., (D/B/A) "Lovense", a Singaporean Private Limited Company**
152 Beach Road, #11-05, Gateway East
Singapore 189721

[X] **a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.**

[ ] **b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:**

[ ] **c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.**

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.**

**Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention.**

**List of documents:**
Summons; Class Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction

Done at San Francisco, California, USA, on the 3rd day of December, 2025

James M. Treglio
Signature

*** Delete if inappropriate.**



USM-94

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
the (date)________________________________________________
at (place, street, number)________________________________________

--in one of the following methods authorized by article 5 —
____ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
____ (b) in accordance with the following particular method*:

____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)________________________________

-- relationship to addressee (family, business or other):______________________

2) that the document has not been served, by reason of the following facts*:__________________________________________

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:

Done at: ,the

In appropriate cases, documents establishing the service:

Signature and/or stamp.

*delete if inappropriate.

# WARNING

**Identity and address of the addressee:**

**Hytto Pte. Ltd., (D/B/A) "Lovense", a Singaporean Private Limited Company**
152 Beach Road, #11-05, Gateway East
Singapore 189721

## IMPORTANT

**The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.**

**If your financial resources are insufficient, you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.**

**Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:**

Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
**(Article 5, fourth paragraph)**

**Name and address of the requesting authority:**
James M. Treglio, Esq.
Authorized to act as Requesting Authority
Potter Handy LLP
100 Pine St., Ste 1250
San Francisco, CA 94111 USA

**Particulars of the parties*:**

**Hytto Pte. Ltd., (D/B/A) "Lovense", a Singaporean Private Limited Company**
(Defendant)
152 Beach Road, #11-05, Gateway East
Singapore 189721

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for negligence and damages and injunctive relief, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document**:** Not applicable (N/A)

* If appropriate, identity and address of the person interested in the transmission of the document.
** Delete if inappropriate.