Scott Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: (415) 693-9208

Attorneys for Defendant
HYTTO PTD. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HYTTO PTE. LTD. (D/B/A) "LOVENSE" TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Rule 6-1(a) of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Jane Doe ("Plaintiff") and Defendant Hytto Pte. Ltd., (d/b/a) "Lovense" ("Lovense" or "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served upon Lovense the Complaint in this action via Waiver of Service of the Summons and Complaint on April 1, 2026, and Lovense's initial responsive pleading deadline is currently June 30, 2026;

WHEREAS, the Parties stipulated that Lovense would have an additional three (3) weeks from the initial response date in which to respond to the Complaint, to and including July 21, 2026;

WHEREAS, the stipulated extension of time to respond to the Complaint will not affect

any other deadline currently set by the Court;

WHEREAS, by entering into this stipulation, Lovense is not waiving any affirmative defenses and/or grounds for motions under Rule 12 of the Federal Rules of Civil Procedure. The Parties also agree that the brief extension will not prejudice any party or result in undue delay;

IT IS HEREBY STIPULATED by and between Plaintiff and Lovense, by and through their respective counsel of record, that the time within which a responsive pleading to Plaintiff's Complaint is to be filed and served on behalf of Lovense is extended to and including July 21, 2026.

**IT IS SO STIPULATED.**

Dated: June 25, 2026

RIMON, P.C.

By: */s/ Scott Raber*
Scott Raber
Attorneys for Defendant
HYTTO PTD. LTD., (D/B/A) "LOVENSE"

Dated: June 25, 2026

POTTER HANDY LLP

By: */s/ Isabel Rose Masanque*
Mark D. Potter
James M. Treglio
Isabel Rose Masanque
Attorneys for Plaintiffs
JANE DOE

* Pursuant to Local Rule 5-1(i), the filing party attests that all other signatories listed above concur in the filing's content and have authorized the filing.