Scott Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the address for Rimon, P.C. has changed. Please update your records and service list accordingly.

The new address is as follows:

**Scott Raber**
**RIMON, P.C.**
**545 Middlefield Road, Suite 250**
**Menlo Park, CA 94025**

The email address and telephone number in the caption above remain the same as before. We request that service of any documents related to the above-captioned matter continue to be served electronically to Scott Raber at scott.raber@rimonlaw.com.

Dated: July 6, 2026

RIMON, P.C.

By: */s/ Scott Raber*
Scott Raber
Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) “LOVENSE”