**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION FOR DEFENDANT HYTTO PTE. LTD. (D/B/A) "LOVENSE" TO FILE MOTIONS TO COMPEL ARBITRATION AND/OR TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b) AND SET RELATED BRIEFING SCHEDULE** |

Plaintiff Jane Doe ("Plaintiff") and Defendant Hytto Pte. Ltd., (d/b/a) "Lovense" ("Lovense" or "Defendant"), filed a Joint Stipulation for Lovense to file Motions to Compel Arbitration and/or to Dismiss Pursuant to Fed. R. Civ. P. 12(b) and Set Related Briefing Schedule (the "Stipulation").

The Court, having considered the Stipulation and finding good cause, hereby **GRANTS** the Stipulation and **ORDERS** the following:

1. Defendant's Motions will be filed August 26, 2026;
2. Plaintiff's Opposition to the Motions will be due October 7, 2026;
3. Defendant's Replies will be due October 28, 2026;
4. Hearing on the Motions will be set for 1:30 p.m., ~~November 12,~~ **December 3** 2026, or as soon thereafter as the Court may determine.

**IT IS SO ORDERED.** **AS MODIFIED**

Dated: July 17, 2026

Hon. Edward M. Chen
United States District Judge