Scott Raber (SBN 194924)
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208
scott.raber@rimonlaw.com

Michael S. Lazaroff (*Pro Hac Vice* application pending)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS BY DEFENDANT HYTTO PTE. LTD., (D/B/A) "LOVENSE"**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities; Declaration of Hequan Cen; Request for Judicial Notice; and (Proposed) Order]*<br><br>Date: December 3, 2026<br>Time: 1:30 p.m.<br>Location: Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>Courtroom 5, 17th Floor<br>San Francisco, CA 94102 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 3, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5, 17th Floor of the Phillip Burton Federal Building of the United States District Court Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Edward M. Chen, Defendant Hytto Pte. Ltd., (d/b/a) “Lovense” (“Hytto” or “Defendant”) will, and hereby does, petition the Court for an Order compelling anonymous Plaintiff “Jane Doe” (“Plaintiff”) to arbitrate her claims against Hytto and to stay this action pending arbitration (the “Motion”).

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* Defendant makes this motion on the grounds that Plaintiff’s claims must be arbitrated pursuant to a valid, enforceable agreement to arbitrate contained in the Terms and Conditions agreement that Plaintiff voluntarily and knowingly accepted in connection with her use of Hytto’s mobile application, website, and/or purchases of Hytto products, and which requires that all disputes arising out of or in connection with use of Hytto’s website, mobile application, and/or store purchases be arbitrated at the Hong Kong International Arbitration Centre in accordance with the Hong Kong International Arbitration Centre Administered Arbitration Rules. Hytto is entitled to an Order compelling arbitration and a stay of all of Plaintiff’s claims pending arbitration.

Hytto makes this motion based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support thereof, the Declaration of Hequan Cen and exhibits, the Request for Judicial Notice filed herewith, all pleadings and papers on file in this action, the oral argument to be presented by counsel at hearing of this matter, and such other matters as the Court may consider.

Dated: August 26, 2026

RIMON, P.C.

By: */s/ Scott Raber*

Scott Raber (SBN 194924)
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208
scott.raber@rimonlaw.com

Michael S. Lazaroff (*Pro Hac Vice* application pending)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"