Scott Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208

Michael S. Lazaroff (*pro Hac Vice* application pending)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**DECLARATION OF HEQUAN CEN IN SUPPORT OF DEFENDANT HYTTO PTE. LTD., (D/B/A) "LOVENSE"'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, AND MOTIONS TO DISMISS AND STRIKE**<br><br>Date: December 3, 2026<br>Time: 1:30 p.m.<br>Location: Phillip Burton Federal Building, 450 Golden Gate Avenue, Courtroom 5, 17th Floor, San Francisco, CA 94102 |

**DECLARATION OF HEQUAN CEN**

I, HEQUAN CEN, declare as follows:

1. I am the Project Manager for the Lovense App of Hytto Pte. Ltd., (d/b/a) "Lovense") ("Hytto" or "Defendant"). I have held this position for 9 years and have worked for Lovense for 9 years. In my role as the Project Manager for the Lovense mobile application I have responsibility for the development and operation of the Lovense application (the "Lovense App"), including its account-registration process and software releases. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Lovense is a company headquartered in Singapore that designs, manufactures, and sells remote-controlled adult products that can be controlled through mobile devices such as a smartphone or tablet through use of the Lovense App.

3. I am familiar with the process by which customers use the Lovense App.

4. All users who use the Lovense App are required to register an account.

5. The following is a true and correct screenshot of the account registration ("Sign Up") of the Lovense App as of 2024.



6. On the account registration ("Sign Up") page above, directly and visibly under the sign-up button were the words "By tapping Sign Up, you agree to our **Privacy Policy**, **Terms & Conditions** and **End User License Agreement**" with each underlined/highlighted term hyperlinked to the appropriate document.

7. The following is a true and correct screenshot of the account registration ("Sign Up") of the Lovense App as of present.




8. On the account registration ("Sign Up") page above, directly and visibly under the sign-up button were the words "By tapping Sign Up, you agree to our **Privacy Policy**, **Terms & Conditions** and **End User License Agreement**" with each underlined/highlighted term hyperlinked to the appropriate document.

9. Users are required to agree to the Privacy Policy, Terms & Conditions, and End User License Agreement before they can register an account.

10. Users who purchase Lovense products from the Lovense website need to complete

the purchase at the Checkout page.

11. The following is a true and correct screenshot of the Checkout page of the Lovense website as of 2024.




12. The following is a true and correct screenshot of the Checkout page of the Lovense website as of present (with a typical product purchase).



13. Under the normal checkout process, users are presented with a checkbox indicating agreement to the Privacy Policy and Terms and Conditions.

14. Lovense's "Terms and Conditions" as of January 11, 2024 can be found in the archived link: https://web.archive.org/web/20240111083615/https:/www.lovense.com/terms-and-conditions. (A true and correct copy of the January 11, 2024 Terms and Conditions is also attached hereto as Exhibit A.)

15. Lovense's "Terms and Conditions" as of February 5, 2024 can be found in the archived link: https://web.archive.org/web/20240205161710/https://www.lovense.com/terms-and-conditions. (A true and correct copy of the February 5, 2024 Terms and Conditions is also attached hereto as Exhibit B.)

16. A true and correct screenshot of the preamble of the Terms and Conditions as of January 11, 2024 and February 5, 2024 is as below.

ARBITRATION AND CHOICE OF LAW NOTICE: THESE TERMS CONTAIN AN ARBITRATION CLAUSE AND A CHOICE OF LAW CLAUSE. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND LOVENSE AGREE THAT DISPUTES BETWEEN US WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION SET FORTH IN THE AGREEMENT, AND YOU AND LOVENSE WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

17. A true and correct screenshot of the "GOVERNING LAW AND DISPUTE RESOLUTION, WAIVER OF LITIGATION PROCEEDINGS" section of the Terms and Conditions as of January 11, 2024 and February 5, 2024 is as below, which mandates arbitration in Hong Kong (the principal location of Hytto Limited, an affiliate of defendant Hytto) and waives all rights to representative and class actions.

12.GOVERNING LAW AND DISPUTE RESOLUTION, WAIVER OF LITIGATION PROCEEDINGS

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND LOVENSE TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH ARBITRATION.

a. This Arbitration Agreement Applies to all "Disputes". For purposes of this Arbitration Agreement, "Disputes" shall include, but are not limited to, any claims or controversies between you and Lovense that are related in any way to these Terms and Conditions, including but not limited to your use of this website, sales, returns, refunds, cancellations, defects, policies, privacy, advertising, and/or any communications between you and Lovense, whether occurring on this website, in the mobile application, or in-store, even if the Dispute arises after the termination of your relationship with Lovense. Any Disputes shall be referred to and finally resolved by arbitration administered by the Hong Kong International Arbitration Centre (HKIAC) under the HKIAC Administered Arbitration Rules in force when the Notice of Arbitration is submitted. The applicable law of this arbitration clause shall be Hong Kong law. The seat of arbitration shall be Hong Kong. The number of arbitrators shall be one. The arbitration proceedings shall be conducted in English.

b. Choice of Law and Venue. By using the Services and agreeing to the Agreement, you agree that the governing law of the Agreement shall be the law of the Hong Kong Special Administrative Region,, without regard to principles of conflict of laws.

c. Waiver of Class or Consolidated Actions. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable, neither you nor we are entitled to arbitration; instead all claims and disputes will be resolved in a court as set forth in (d) bellow.

d. Waiver of Jury Trial. Should any dispute under the aforementioned arbitration clause be submitted to, for instance, a US court which otherwise holds that the above arbitration clause is invalid and that the case submitted to it is admissible and the court has jurisdiction over the case, YOU AND LOVENSE WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO HAVE A JURY TRIAL, IF IT IS ALLOWED BY THE LAW OF THAT STATE.

18. Lovense's "Terms and Conditions" link as of present can be found in the link: https://www.lovense.com/terms-and-conditions. (A true and correct copy of the Terms and Conditions as of present is also attached hereto as Exhibit C).

19. A true and correct screenshot of the preamble of the Terms and Conditions as of present is as below.

ARBITRATION AND CHOICE OF LAW NOTICE: PLEASE READ CAREFULLY: THIS AGREEMENT CONTAINS A BINDING ARBITRATION CLAUSE, A CLASS ACTION WAIVER, A JURY TRIAL WAIVER, AND A CHOICE OF LAW PROVISION THAT AFFECT YOUR LEGAL RIGHTS. EXCEPT FOR DISPUTES EXPRESSLY EXCLUDED BELOW, YOU AND LOVENSE AGREE THAT ANY DISPUTE ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE SERVICES SHALL BE RESOLVED BY FINAL AND BINDING INDIVIDUAL ARBITRATION. YOU AND LOVENSE WAIVE ANY RIGHT TO A JURY TRIAL OR TO PARTICIPATE IN ANY CLASS, COLLECTIVE, OR REPRESENTATIVE PROCEEDING, INCLUDING CLASS-WIDE OR MASS ARBITRATION.

20. A true and correct screenshot of the "GOVERNING LAW AND DISPUTE RESOLUTION" section of the Terms and Conditions as of present is as below, which mandates arbitration in Hong Kong (the principal location of Hytto Limited, an affiliate of defendant Hytto) and waives all rights to representative and class actions.

## 11. GOVERNING LAW AND DISPUTE RESOLUTION

10.1 Governing Law. This Agreement and any Dispute shall be governed by the laws of the Hong Kong, without regard to conflict-of-laws principles. The CISG shall not apply.

10.2 Informal Resolution. Before initiating any formal proceedings, the parties shall attempt in good faith to resolve any Dispute for at least 30 days after written notice.

10.3 Arbitration. Any Dispute shall be referred to and finally resolved by arbitration administered by the Hong Kong International Arbitration Centre (HKIAC) under its Administered Arbitration Rules in force at the time the Notice of Arbitration is submitted. The seat shall be Hong Kong, the tribunal shall consist of one arbitrator (unless the HKIAC determines three arbitrators are warranted), and the language shall be English. Proceedings shall be confidential. The award shall be final and binding.

10.4 Class Action and Jury Trial Waiver. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL DISPUTES SHALL BE RESOLVED ON AN INDIVIDUAL BASIS ONLY. EACH PARTY WAIVES ANY RIGHT TO A CLASS, COLLECTIVE, CONSOLIDATED, REPRESENTATIVE, OR MASS PROCEEDING, AND ANY RIGHT TO A JURY TRIAL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of August, 2026, at _ Guangzhou, China _.

HEQUAN CEN

HEQUAN CEN

# EXHIBIT A

INTERNET ARCHIVE WaybackMachine https://www.lovense.com/terms-and-conditions Go 162 captures 11 Jan 2017 - 15 Aug 2026 DEC JAN FEB 11 2022 2024 2025 About this capture



# Terms and Conditions

**Effective: January 9, 2024**

**Warning: The Lovense website, and Lovense suite of software, including but not limited to computer software and mobile software (collectively, the "App") may contain or be used to transmit sexually explicit material that is intended for individuals 18 years of age or older. If you are under the age of 18, if such material offends you, or if it is illegal to view such material in your jurisdiction, do not continue.**

THIS DOCUMENT CONTAINS IMPORTANT TERMS AND CONDITIONS WHICH AFFECT YOUR LEGAL RIGHTS AND REMEDIES. USING THE APP CONSTITUTES ACCEPTANCE BY YOU OF THESE TERMS AND CONDITIONS.

The terms "you", "your", and "yours" refer to all users, and/or any user of the App. The terms "its", "we", "us", "our" and "Lovense" refer wholly or in part to HYTTO PTE. LTD., owner and operator of websites, including "www.lovense.com", and its related subsidiaries and affiliates (hereinafter "the Company"or "Lovense"). Our products, services, and software applications, include Lovense Connect, Lovense Browser and Lovense Extension. The "Terms and Conditions" shall be referred to as the "Agreement" hereinafter, and expressly incorporate the Privacy Policy and the End User License Agreement.

The Agreement forms a legally binding contract between you and HYTTO PTE. LTD. Please read them carefully. By using the App, or any of our other products or services that link to these Terms (the "Services"), you agree to the Agreement. If you do not wish to agree with these Agreement, do not download or use the App, or immediately uninstall and delete the App from your computer or mobile device.

ARBITRATION AND CHOICE OF LAW NOTICE: THESE TERMS CONTAIN AN ARBITRATION CLAUSE AND A CHOICE OF LAW CLAUSE. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND LOVENSE AGREE THAT DISPUTES BETWEEN US WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION SET FORTH IN THE AGREEMENT, AND YOU AND LOVENSE WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

## a. Who Can Use the Services

No one under 18 years of age is allowed to download the App, create an account, or use the Services.

By using the Services, you acknowledge that:

- You have the capacity and desire to form a binding contract with the Company;
- You will comply with these Terms and all applicable local, state, national, and international laws, rules, and regulations;
- If you are using the Services on behalf of a business or some other entity, you acknowledge that you are authorized with full capacity to agree to these Terms on behalf of the business or entity.
- By using the App and Services, you also acknowledge that you have reviewed, and that you consent to the terms of the Company's Privacy Policy and End User License Agreement.

## b. Your Rights

The Company grants you a personal, worldwide, royalty-free, non-negotiable, non-exclusive and revocable right to access and use the Services. This license is for the sole purpose of enabling you to use and enjoy the Services consistent with these Terms and our usage policies.

You may not copy, modify, distribute, sell, or lease any part of our Services, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions, or you have our written permission to do so.

## c. Our Rights

We respect your privacy and, as a policy, do not review the Content transmitted by our users, unless required by law to do so in certain circumstances. However, you alone remain responsible for the Content that you create, upload, post, send, or store through the Service.

The Services may contain advertisements. You agree that we, our affiliates, and our third-party partners may place advertising on the Services.

License is required for software not developed by Lovense to connect to any Lovense product.

## d. Content Created by Others

The Content transmitted via the App is the sole responsibility of the person or organization that submitted it. We do not assume responsibility for any Content that others provide through the Services.

## e.Public License and Responsibilities

To the greatest extent permitted by applicable law, you hereby overtly, fully, permanently, irrevocably and unconditionally waive, abandon, and surrender all of the Copyright and Related Rights and associated claims and causes of action, whether now known or unknown (including existing as well as future claims and causes of action), in the Content (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law, (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including without limitation commercial, advertising or promotional purposes (the "Waiver"). Should any part of the Waiver for any reason be judged legally invalid or ineffective under applicable law, to the extent the Waiver is so judged, you hereby grant to each affected person a royalty-free, non-transferable, non-sublicensable, non-exclusive, irrevocable and unconditional license to exercise your Copyright and Related Rights in the Content (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law or treaty (including future time extensions), (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including without limitation commercial, advertising or promotional purposes (the "License"). Should any part of the License for any reason be judged legally invalid or ineffective under applicable law, such partial invalidity or ineffectiveness shall not invalidate the remainder of the License, and in such case your hereby affirms that your will not (i) exercise any of your remaining Copyright and Related Rights in the Content or (ii) assert any associated claims and causes of action with respect to the Content.

Lovense may provide AI-powered service or function ("AI service") by using technology provided by third-party service providers ("AI Provider"). You are responsible for any text you type in, images, or other content you upload to the AI Service, as well as the resulting material you generate, such as images, code, or text ("Output"). Any use of the Output is at your sole risk, under the terms set forth herein and the terms of the specific AI Provider who provided the services with respect to an Output.

## 2.PRIVACY

### a. Privacy Policy

By using the App, you agree and consent that your use of our Services and our collection and processing of your data, including information transmitted to or stored by HYTTO PTE. LTD. and its sites or affiliates, is governed by the Lovense Privacy Policy. This policy is published here.

### b. Respecting Other People's Rights

You agree not to misuse this Site. You will not: commit or encourage a criminal offense; transmit or distribute a virus, worm, or any other material which is malicious, technologically harmful, in breach of confidence, or in any way offensive or obscene; hack into any aspect of the Services; corrupt data; cause annoyance to other users; infringe upon the rights of any other person's proprietary rights; send any unsolicited advertising or promotional material (commonly referred to as "spam"); or attempt to affect the performance or functionality of any computer facilities or access through this Site. Breaching this provision would constitute a criminal offense and we will report any such breach to the relevant law enforcement authorities and disclose your identity to them.

You may not use the Services, or enable anyone else to use the Services, in a manner intentional or not that:

- violates or infringes someone else's rights of publicity, privacy, copyright, trademark, or other intellectual-property right;
- bullies, shames, harasses, or intimidates others;
- defames;
- spams or solicits our users.

These Terms do not grant you any right to do any of the following (or enable anyone else to do so):

- use branding, logos, designs, photographs, videos, or any other materials used in our Services;
- copy, archive, download, upload, distribute, syndicate, broadcast, perform, display, make available, or otherwise use any portion of the Services or the content on the Services except as set forth in these Terms;
- use of the Services, any tools provided by the Services, or any content on the Services for any commercial purposes without our consent.

You may not use the service or the content on the Services in ways that are not authorized by these Terms. Nor may you help anyone else in doing so.

## 3. THIRD-PARTY COPYRIGHT

Lovense honors the requirements of relevant copyright laws. We take reasonable steps to remove from our Services any infringing material that we become aware of. If Lovense becomes aware that one of its users has repeatedly infringed third-party copyrights, we will take reasonable steps within our power to terminate the user's account.

We make it easy for you to report suspected copyright infringement. If you believe that anything on the Services infringes any third-party copyright, please contact us at support@service.lovense.com.

## 4. SAFETY

We try hard to keep our Services a safe place for all users. But we can't guarantee it. That's where you come in. By using the Services, you agree that:

- You will not use the Services for any purpose that is illegal or prohibited in these Terms.
- You will not use any robot, spider, crawler, scraper, or other automated means or interface to access the Services or extract other user's information.
- You will not use or develop any third-party applications that interact with the Services or other users' content or information without our written consent.
- You will not use the Services in a way that could interfere with, disrupt, negatively affect, or inhibit other users from fully enjoying the Services, or that could damage, disable, overburden, or impair the functioning of the Services.
- You will not use or attempt to use another user's account, username, or password without their permission.
- You will not solicit login credentials from another user.
- You will not post content that contains or links to graphic violence, threats, hate speech, or incitements to violence.
- You will not upload viruses or other malicious code or otherwise compromise the security of the Services.
- You will not attempt to circumvent any content-filtering techniques we employ, or attempt to access areas or features of the Services that you are not authorized to access.
- You will not probe, scan, or test the vulnerability of our Services or any system or network, unless previously authorized by us.
- You will not encourage or promote any activity that violates these Terms.

Please pay attention to traffic safety, do not use our Services and/or Products in a way that would distract you from obeying traffic or safety laws.

## 5. ACCOUNT SECURITY

You are responsible for any activity that occurs in your Lovense account. It is your responsibility to maintain the security of your account. By using the Services, you agree to this. If at any time you believe that someone else has gained access to your account with or without your permission, please immediately reach out to support@service.lovense.com.

## 6. DATA CHARGES

You are responsible for any traffic charges that you may incur for using our Services, including data charges for sending and receiving messages. If you're unsure what those charges may be, you should ask your service provider before using the Services.

## 7. PRICING & PRODUCT INFORMATION

From time to time there may be information on this website that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, and availability. We reserve the right to correct any error, inaccuracy, or omission and to change or update information at any time without prior notice (including after you have submitted your order). We apologize for any inconvenience this may cause you. If you are not completely satisfied with your lovense.com purchase, please see our Returns Policy.

### 8. AMENDMENT TO TERMS

HYTTO PTE. LTD. maintains the right in its absolute discretion, at any time and without notice, to amend, remove or vary the Services, the App, or these Terms.

### 9. INDEMNITY

You agree to defend, indemnify, and hold HYTTO PTE. LTD., its officers, directors, employees and agents harmless from and against any third-party claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal fees, arising out of or in any way connected to your negligence; and breach or violation of this Agreement.

### 10. DISCLAIMER

THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" AND TO THE EXTENT PERMITTED BY LAW WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. IN ADDITION, WHILE LOVENSE USES ITS BEST EFFORTS TO PROVIDE A GOOD USER EXPERIENCE, WE DO NOT WARRANT THAT: (A) THE SERVICES WILL ALWAYS BE SECURE, ERROR-FREE, OR TIMELY; (B) THE SERVICES WILL ALWAYS FUNCTION WITHOUT DELAYS, DISRUPTIONS, OR IMPERFECTIONS; OR (C) THAT ANY CONTENT, USER CONTENT, OR INFORMATION YOU OBTAIN ON OR THROUGH THE SERVICES WILL BE TIMELY OR ACCURATE.

BY USING OUR SERVICES AND/OR PRODUCTS, SOME CONTENT OR FUNCTION ARE GENERATED BY AN AI SYSTEM AND SHOULD BE USED FOR INFORMATIONAL PURPOSES ONLY. WE CANNOT GUARANTEE THE ACCURACY, COMPLETENESS, OR APPLICABILITY OF THE INFORMATION PROVIDED. ANY ACTIONS TAKEN BASED ON THIS CONTENT ARE AT YOUR OWN RISK. WE RECOMMEND SEEKING QUALIFIED EXPERTISE OR CONDUCTING FURTHER RESEARCH TO VALIDATE AND SUPPLEMENT THE INFORMATION PROVIDED.

LOVENSE TAKES NO RESPONSIBILITY AND ASSUMES NO LIABILITY FOR ANY CONTENT THAT YOU, ANOTHER USER, OR A THIRD PARTY CREATES, UPLOADS, POSTS, SENDS, RECEIVES, OR STORES ON OR THROUGH OUR SERVICES. YOU UNDERSTAND AND AGREE THAT YOU MAY BE EXPOSED TO CONTENT THAT MIGHT BE OFFENSIVE, ILLEGAL, MISLEADING, OR OTHERWISE INAPPROPRIATE, NONE OF WHICH LOVENSE WILL BE RESPONSIBLE FOR.

### 11.LIMITATION OF LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY LAW, LOVENSE AND OUR MANAGING MEMBERS, SHAREHOLDERS, EMPLOYEES, AFFILIATES, LICENSORS, AGENTS, AND SUPPLIERS WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE, OR MULTIPLE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (A) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (B) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON OR THROUGH THE SERVICES; OR (C) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF LOVENSE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL LOVENSE'S AGGREGATE LIABILITY FOR ANY AND ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT YOU PAID FOR YOUR LOVENSE DEVICE, IF ANY, IN THE LAST 90 DAYS.

### 12.GOVERNING LAW AND DISPUTE RESOLUTION, WAIVER OF LITIGATION PROCEEDINGS

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND LOVENSE TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH ARBITRATION.

a. This Arbitration Agreement Applies to all “Disputes”. For purposes of this Arbitration Agreement, “Disputes” shall include, but are not limited to, any claims or controversies between you and Lovense that are related in any way to these Terms and Conditions, including but not limited to your use of this website, sales, returns, refunds, cancellations, defects, policies, privacy, advertising, and/or any communications between you and Lovense, whether occurring on this website, in the mobile application, or in-store, even if the Dispute arises after the termination of your relationship with Lovense. Any Disputes shall be referred to and finally resolved by arbitration administered by the Hong Kong International Arbitration Centre (HKIAC) under the HKIAC Administered Arbitration Rules in force when the Notice of Arbitration is submitted. The applicable law of this arbitration clause shall be Hong Kong law. The seat of arbitration shall be Hong Kong. The number of arbitrators shall be one. The arbitration proceedings shall be conducted in English.

b. Choice of Law and Venue. By using the Services and agreeing to the Agreement, you agree that the governing law of the Agreement shall be the law of the Hong Kong, without regard to principles of conflict of laws.

c. Waiver of Class or Consolidated Actions. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable, neither you nor we are entitled to arbitration; instead all claims and disputes will be resolved in a court as set forth in (d) bellow.

d. Waiver of Jury Trial. Should any dispute under the aforementioned arbitration clause be submitted to, for instance, a US court which otherwise holds that the above arbitration clause is invalid and that the case submitted to it is admissible and the court has jurisdiction over the case, YOU AND LOVENSE WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO HAVE A JURY TRIAL, IF IT IS ALLOWED BY THE LAW OF THAT STATE.

### 13.ENTIRE AGREEMENT

The above Terms and Conditions constitute the entire agreement of the parties and supersede any and all preceding and contemporaneous agreements between you and HYTTO PTE. LTD. Any waiver of any provision of the Terms and Conditions will be effective only if in writing and signed by an Officer of HYTTO PTE. LTD.

### 14.Prevailing Language

The English language version of this Agreement shall be controlling in all respects and shall prevail in case of any inconsistencies with translated versions of languages, if any.

**Support**

FAQ

User Guides

Download

Contact Us

Warranty

**Company**

About Us

Diversity & Inclusion

Blog

Affiliates

Developers

Influencer Program

Student Offer

Resellers & Wholesalers

**Camming**

Interactive Cam Show

About

Download

Setup Guides

**Discover**

Interactive Gaming

Long-Distance Sex

Long-Distance Stories

App Control

Gift Ideas

BDSM Play Ideas

Virtual Sex

Erotic Audio Stories

Interactive Adult Content

**Newsletter**

Get the latest news!

Your email address

**Follow Us**

Copyright © 2009 - 2024 by HYTTO PTE. LTD.

Privacy Policy · T&C; · EULA · Cookie Policy · Security · Accessibility Statement · 2257

ENGLISH

Age Disclaimer

At LOVENSE, we are dedicated to providing a safe and responsible online environment for adults. We take our responsibility seriously and comply with all relevant regulations and guidelines.

All models featured on our website are 18 years or older. By accessing and using our site, you confirm that you are at least 18 years old and understand and accept the content on our site. If you experience any issues with our site, email our team at support@service.lovense.com.

For information on the Custodian of Records required, please refer to our U.S.C. §2257 Compliance Notice.

# EXHIBIT B

INTERNET ARCHIVE WaybackMachine https://www.lovense.com/terms-and-conditions Go
162 captures
11 Jan 2017 - 15 Aug 2026
JAN FEB MAR
05
2023 2024 2025
About this capture



# Terms and Conditions

**Effective: January 9, 2024**

**Warning: The Lovense website, and Lovense suite of software, including but not limited to computer software and mobile software (collectively, the "App") may contain or be used to transmit sexually explicit material that is intended for individuals 18 years of age or older. If you are under the age of 18, if such material offends you, or if it is illegal to view such material in your jurisdiction, do not continue.**

THIS DOCUMENT CONTAINS IMPORTANT TERMS AND CONDITIONS WHICH AFFECT YOUR LEGAL RIGHTS AND REMEDIES. USING THE APP CONSTITUTES ACCEPTANCE BY YOU OF THESE TERMS AND CONDITIONS.

The terms "you", "your", and "yours" refer to all users, and/or any user of the App. The terms "its", "we", "us", "our" and "Lovense" refer wholly or in part to HYTTO PTE. LTD., owner and operator of websites, including "www.lovense.com", and its related subsidiaries and affiliates (hereinafter "the Company"or "Lovense"). Our products, services, and software applications, include Lovense Connect, Lovense Browser and Lovense Extension. The "Terms and Conditions" shall be referred to as the "Agreement" hereinafter, and expressly incorporate the Privacy Policy and the End User License Agreement.

The Agreement forms a legally binding contract between you and HYTTO PTE. LTD. Please read them carefully. By using the App, or any of our other products or services that link to these Terms (the "Services"), you agree to the Agreement. If you do not wish to agree with these Agreement, do not download or use the App, or immediately uninstall and delete the App from your computer or mobile device.

ARBITRATION AND CHOICE OF LAW NOTICE: THESE TERMS CONTAIN AN ARBITRATION CLAUSE AND A CHOICE OF LAW CLAUSE. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND LOVENSE AGREE THAT DISPUTES BETWEEN US WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION SET FORTH IN THE AGREEMENT, AND YOU AND LOVENSE WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

## 1.USER CONDUCT

### a. Who Can Use the Services

No one under 18 years of age is allowed to download the App, create an account, or use the Services.

By using the Services, you acknowledge that:

- You have the capacity and desire to form a binding contract with the Company;
- You will comply with these Terms and all applicable local, state, national, and international laws, rules, and regulations;
- If you are using the Services on behalf of a business or some other entity, you acknowledge that you are authorized with full capacity to agree to these Terms on behalf of the business or entity.
- By using the App and Services, you also acknowledge that you have reviewed, and that you consent to the terms of the Company's Privacy Policy and End User License Agreement.

### b. Your Rights

The Company grants you a personal, worldwide, royalty-free, non-negotiable, non-exclusive and revocable right to access and use the Services. This license is for the sole purpose of enabling you to use and enjoy the Services consistent with these Terms and our usage policies.

You may not copy, modify, distribute, sell, or lease any part of our Services, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions, or you have our written permission to do so.

### c. Our Rights

We respect your privacy and, as a policy, do not review the Content transmitted by our users, unless required by law to do so in certain circumstances. However, you alone remain responsible for the Content that you create, upload, post, send, or store through the Service.

The Services may contain advertisements. You agree that we, our affiliates, and our third-party partners may place advertising on the Services.

License is required for software not developed by Lovense to connect to any Lovense product.

### d. Content Created by Others

The Content transmitted via the App is the sole responsibility of the person or organization that submitted it. We do not assume responsibility for any Content that others provide through the Services.

### e.Public License and Responsibilities

To the greatest extent permitted by applicable law, you hereby overtly, fully, permanently, irrevocably and unconditionally waive, abandon, and surrender all of the Copyright and Related Rights and associated claims and causes of action, whether now known or unknown (including existing as well as future claims and causes of action), in the Content (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law, (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including

without limitation commercial, advertising or promotional purposes (the "Waiver"). Should any part of the Waiver for any reason be judged legally invalid or ineffective under applicable law, to the extent the Waiver is so judged, you hereby grant to each affected person a royalty-free, non-transferable, non-sublicensable, non-exclusive, irrevocable and unconditional license to exercise your Copyright and Related Rights in the Content (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law or treaty (including future time extensions), (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including without limitation commercial, advertising or promotional purposes (the "License"). Should any part of the License for any reason be judged legally invalid or ineffective under applicable law, such partial invalidity or ineffectiveness shall not invalidate the remainder of the License, and in such case your hereby affirms that your will not (i) exercise any of your remaining Copyright and Related Rights in the Content or (ii) assert any associated claims and causes of action with respect to the Content.

Lovense may provide AI-powered service or function ("AI service") by using technology provided by third-party service providers ("AI Provider"). You are responsible for any text you type in, images, or other content you upload to the AI Service, as well as the resulting material you generate, such as images, code, or text ("Output"). Any use of the Output is at your sole risk, under the terms set forth herein and the terms of the specific AI Provider who provided the services with respect to an Output.

## 2.PRIVACY

### a. Privacy Policy

By using the App, you agree and consent that your use of our Services and our collection and processing of your data, including information transmitted to or stored by HYTTO PTE. LTD. and its sites or affiliates, is governed by the Lovense Privacy Policy. This policy is published here.

### b. Respecting Other People's Rights

You agree not to misuse this Site. You will not: commit or encourage a criminal offense; transmit or distribute a virus, worm, or any other material which is malicious, technologically harmful, in breach of confidence, or in any way offensive or obscene; hack into any aspect of the Services; corrupt data; cause annoyance to other users; infringe upon the rights of any other person's proprietary rights; send any unsolicited advertising or promotional material (commonly referred to as "spam"); or attempt to affect the performance or functionality of any computer facilities or access through this Site. Breaching this provision would constitute a criminal offense and we will report any such breach to the relevant law enforcement authorities and disclose your identity to them.

You may not use the Services, or enable anyone else to use the Services, in a manner intentional or not that:

- violates or infringes someone else's rights of publicity, privacy, copyright, trademark, or other intellectual-property right;
- bullies, shames, harasses, or intimidates others;
- defames;
- spams or solicits our users.

These Terms do not grant you any right to do any of the following (or enable anyone else to do so):

- use branding, logos, designs, photographs, videos, or any other materials used in our Services;
- copy, archive, download, upload, distribute, syndicate, broadcast, perform, display, make available, or otherwise use any portion of the Services or the content on the Services except as set forth in these Terms;
- use of the Services, any tools provided by the Services, or any content on the Services for any commercial purposes without our consent.

You may not use the service or the content on the Services in ways that are not authorized by these Terms. Nor may you help anyone else in doing so.

## 3. THIRD-PARTY COPYRIGHT

Lovense honors the requirements of relevant copyright laws. We take reasonable steps to remove from our Services any infringing material that we become aware of. If Lovense becomes aware that one of its users has repeatedly infringed third-party copyrights, we will take reasonable steps within our power to terminate the user's account.

We make it easy for you to report suspected copyright infringement. If you believe that anything on the Services infringes any third-party copyright, please contact us at support@service.lovense.com.

## 4. SAFETY

We try hard to keep our Services a safe place for all users. But we can't guarantee it. That's where you come in. By using the Services, you agree that:

- You will not use the Services for any purpose that is illegal or prohibited in these Terms.
- You will not use any robot, spider, crawler, scraper, or other automated means or interface to access the Services or extract other user's information.
- You will not use or develop any third-party applications that interact with the Services or other users' content or information without our written consent.
- You will not use the Services in a way that could interfere with, disrupt, negatively affect, or inhibit other users from fully enjoying the Services, or that could damage, disable, overburden, or impair the functioning of the Services.
- You will not use or attempt to use another user's account, username, or password without their permission.
- You will not solicit login credentials from another user.
- You will not post content that contains or links to graphic violence, threats, hate speech, or incitements to violence.
- You will not upload viruses or other malicious code or otherwise compromise the security of the Services.
- You will not attempt to circumvent any content-filtering techniques we employ, or attempt to access areas or features of the Services that you are not authorized to access.
- You will not probe, scan, or test the vulnerability of our Services or any system or network, unless previously

authorized by us.

- You will not encourage or promote any activity that violates these Terms.

Please pay attention to traffic safety, do not use our Services and/or Products in a way that would distract you from obeying traffic or safety laws.

### 5. ACCOUNT SECURITY

You are responsible for any activity that occurs in your Lovense account. It is your responsibility to maintain the security of your account. By using the Services, you agree to this. If at any time you believe that someone else has gained access to your account with or without your permission, please immediately reach out to support@service.lovense.com.

### 6. DATA CHARGES

You are responsible for any traffic charges that you may incur for using our Services, including data charges for sending and receiving messages. If you're unsure what those charges may be, you should ask your service provider before using the Services.

### 7. PRICING & PRODUCT INFORMATION

From time to time there may be information on this website that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, and availability. We reserve the right to correct any error, inaccuracy, or omission and to change or update information at any time without prior notice (including after you have submitted your order). We apologize for any inconvenience this may cause you. If you are not completely satisfied with your lovense.com purchase, please see our Returns Policy.

### 8. AMENDMENT TO TERMS

HYTTO PTE. LTD. maintains the right in its absolute discretion, at any time and without notice, to amend, remove or vary the Services, the App, or these Terms.

### 9. INDEMNITY

You agree to defend, indemnify, and hold HYTTO PTE. LTD., its officers, directors, employees and agents harmless from and against any third-party claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal fees, arising out of or in any way connected to your negligence; and breach or violation of this Agreement.

### 10. DISCLAIMER

THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" AND TO THE EXTENT PERMITTED BY LAW WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. IN ADDITION, WHILE LOVENSE USES ITS BEST EFFORTS TO PROVIDE A GOOD USER EXPERIENCE, WE DO NOT WARRANT THAT: (A) THE SERVICES WILL ALWAYS BE SECURE, ERROR-FREE, OR TIMELY; (B) THE SERVICES WILL ALWAYS FUNCTION WITHOUT DELAYS, DISRUPTIONS, OR IMPERFECTIONS; OR (C) THAT ANY CONTENT, USER CONTENT, OR INFORMATION YOU OBTAIN ON OR THROUGH THE SERVICES WILL BE TIMELY OR ACCURATE.

BY USING OUR SERVICES AND/OR PRODUCTS, SOME CONTENT OR FUNCTION ARE GENERATED BY AN AI SYSTEM AND SHOULD BE USED FOR INFORMATIONAL PURPOSES ONLY. WE CANNOT GUARANTEE THE ACCURACY, COMPLETENESS, OR APPLICABILITY OF THE INFORMATION PROVIDED. ANY ACTIONS TAKEN BASED ON THIS CONTENT ARE AT YOUR OWN RISK. WE RECOMMEND SEEKING QUALIFIED EXPERTISE OR CONDUCTING FURTHER RESEARCH TO VALIDATE AND SUPPLEMENT THE INFORMATION PROVIDED.

LOVENSE TAKES NO RESPONSIBILITY AND ASSUMES NO LIABILITY FOR ANY CONTENT THAT YOU, ANOTHER USER, OR A THIRD PARTY CREATES, UPLOADS, POSTS, SENDS, RECEIVES, OR STORES ON OR THROUGH OUR SERVICES. YOU UNDERSTAND AND AGREE THAT YOU MAY BE EXPOSED TO CONTENT THAT MIGHT BE OFFENSIVE, ILLEGAL, MISLEADING, OR OTHERWISE INAPPROPRIATE, NONE OF WHICH LOVENSE WILL BE RESPONSIBLE FOR.

### 11.LIMITATION OF LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY LAW, LOVENSE AND OUR MANAGING MEMBERS, SHAREHOLDERS, EMPLOYEES, AFFILIATES, LICENSORS, AGENTS, AND SUPPLIERS WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE, OR MULTIPLE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (A) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (B) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON OR THROUGH THE SERVICES; OR (C) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF LOVENSE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL LOVENSE'S AGGREGATE LIABILITY FOR ANY AND ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT YOU PAID FOR YOUR LOVENSE DEVICE, IF ANY, IN THE LAST 90 DAYS.

### 12.GOVERNING LAW AND DISPUTE RESOLUTION, WAIVER OF LITIGATION PROCEEDINGS

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND LOVENSE TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH ARBITRATION.

a. This Arbitration Agreement Applies to all "Disputes". For purposes of this Arbitration Agreement, "Disputes" shall include, but are not limited to, any claims or controversies between you and Lovense that are related in any way to these Terms and Conditions, including but not limited to your use of this website, sales, returns, refunds, cancellations, defects, policies, privacy, advertising, and/or any communications between you and Lovense, whether occurring on this website, in the mobile application, or in-store, even if the Dispute arises after the termination of your relationship with Lovense. Any Disputes shall be referred to and finally resolved by arbitration administered by the Hong Kong International Arbitration Centre (HKIAC) under the HKIAC Administered Arbitration Rules in force when the Notice of Arbitration is submitted. The applicable law of this arbitration clause shall be Hong Kong law. The seat of arbitration shall be Hong Kong. The number of arbitrators shall be one. The arbitration proceedings shall be conducted in English.

b. Choice of Law and Venue. By using the Services and agreeing to the Agreement, you agree that the governing law of

the Agreement shall be the law of the Hong Kong, without regard to principles of conflict of laws.

c. Waiver of Class or Consolidated Actions. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable, neither you nor we are entitled to arbitration; instead all claims and disputes will be resolved in a court as set forth in (d) bellow.

d. Waiver of Jury Trial. Should any dispute under the aforementioned arbitration clause be submitted to, for instance, a US court which otherwise holds that the above arbitration clause is invalid and that the case submitted to it is admissible and the court has jurisdiction over the case, YOU AND LOVENSE WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO HAVE A JURY TRIAL, IF IT IS ALLOWED BY THE LAW OF THAT STATE.

## 13.ENTIRE AGREEMENT

The above Terms and Conditions constitute the entire agreement of the parties and supersede any and all preceding and contemporaneous agreements between you and HYTTO PTE. LTD. Any waiver of any provision of the Terms and Conditions will be effective only if in writing and signed by an Officer of HYTTO PTE. LTD.

## 14.Prevailing Language

The English language version of this Agreement shall be controlling in all respects and shall prevail in case of any inconsistencies with translated versions of languages, if any.



Copyright © 2009 - 2024 by HYTTO PTE. LTD.



Age Disclaimer

At LOVENSE, we are dedicated to providing a safe and responsible online environment for adults. We take our responsibility seriously and comply with all relevant regulations and guidelines.

All models featured on our website are 18 years or older. By accessing and using our site, you confirm that you are at least 18 years old and understand and accept the content on our site. If you experience any issues with our site, email our team at support@service.lovense.com.

For information on the Custodian of Records required, please refer to our U.S.C. §2257 Compliance Notice.

# EXHIBIT C

# Terms and Conditions

**Effective: October 10, 2024**

Warning: The Lovense website, and Lovense suite of software, including but not limited to computer software and mobile software (collectively, the "App") may contain or be used to transmit sexually explicit material that is intended for individuals 18 years of age or older. If you are under the age of 18, if such material offends you, or if it is illegal to view such material in your jurisdiction, do not continue.

THIS DOCUMENT CONTAINS IMPORTANT TERMS AND CONDITIONS WHICH AFFECT YOUR LEGAL RIGHTS AND REMEDIES. USING THE APP CONSTITUTES ACCEPTANCE BY YOU OF THESE TERMS AND CONDITIONS.

The terms "you," "your," and "yours" refer to any and all users of the App. The terms "it," "its," "we," "us," "our," and "Lovense" refer to HYTTO PTE. LTD., the owner and operator of the websites, products, services, and software applications referenced herein (hereinafter the "Company" or "Lovense"). These Terms and Conditions (hereinafter referred to as the "Agreement") expressly incorporate by reference the Privacy Policy and the End User License Agreement.

This Agreement forms a legally binding contract between you and HYTTO PTE. LTD. PLEASE READ IT CAREFULLY. By accessing or using the App, or any of our smart electronic products, services, or websites that link to or reference this Agreement (collectively, the "Services"), you acknowledge that you have read, understood, and agree to be bound by this Agreement. If you do not agree to this Agreement, you must not access or use the Services, and you must immediately uninstall and delete the App from your computer, mobile device, or other hardware.

ARBITRATION AND CHOICE OF LAW NOTICE: PLEASE READ CAREFULLY: THIS AGREEMENT CONTAINS A BINDING ARBITRATION CLAUSE, A CLASS ACTION WAIVER, A JURY TRIAL WAIVER, AND A CHOICE OF LAW PROVISION THAT AFFECT YOUR LEGAL RIGHTS. EXCEPT FOR DISPUTES EXPRESSLY EXCLUDED BELOW, YOU AND LOVENSE AGREE THAT ANY DISPUTE ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE SERVICES SHALL BE RESOLVED BY FINAL AND BINDING INDIVIDUAL ARBITRATION. YOU AND LOVENSE WAIVE ANY RIGHT TO A JURY TRIAL OR TO PARTICIPATE IN ANY CLASS, COLLECTIVE, OR REPRESENTATIVE PROCEEDING, INCLUDING CLASS-WIDE OR MASS ARBITRATION.

## 1. USER CONDUCT

### a. Who Can Use the Services

The Services are intended solely for adults. You must be at least 18 years of age (or the age of legal majority in your jurisdiction, whichever is greater) to download or access the App, create an account, or use the Services. By accessing or using the Services, you represent, warrant, and agree that:

(a) you have the legal capacity, authority, and intent to enter into a binding contract with the Company;

(b) you will comply with this Agreement and all applicable local, state, national, and international laws, rules, and regulations;

(c) if you are using the Services on behalf of a business, organization, or other legal entity, you are duly authorized to bind such entity to this Agreement, and the terms "you," "your," and "yours" shall refer to both you individually and to such entity, jointly and severally;and

(d) you have read, understood, and consent to the Company's Privacy Policy and End User License Agreement, each of which is incorporated into this Agreement by reference.

### b. Your Rights

Subject to your compliance with this Agreement, the Company grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable, and royalty-free license to access and use the Services for your personal, non-commercial use. You may not copy, modify, distribute, sell, lease, sublicense, reverse engineer, decompile, or attempt to derive the source code of the Services, nor use the Services to develop or train any competing product or machine learning model, except (i) as expressly permitted by this Agreement, (ii) with the Company's prior written consent, or (iii) to the extent applicable law expressly prohibits such restrictions. The Company reserves all rights not expressly granted herein.

### c. Our Rights

The Company does not routinely monitor User Content but reserves the right to do so to comply with law, enforce this Agreement, or protect users and the public. You are solely responsible for all User Content you transmit through the Services.

The Services may display advertisements from the Company, its affiliates, and third-party partners.

Only software, applications, and devices authorized in writing by the Company may connect to or interoperate with any Lovense product or Service. Unauthorized interoperability constitutes a material breach of this Agreement and infringement of the Company's intellectual property rights.

#### d. Content Created by Others

User Content transmitted, uploaded, posted, sent, or stored through the Services is the sole responsibility of the person or entity that submitted it. The Company does not endorse, verify, or assume responsibility for any User Content, and makes no representation or warranty regarding its accuracy, legality, or appropriateness.

The Company is an "interactive computer service" within the meaning of 47 U.S.C. § 230 and shall not be treated as the publisher or speaker of any User Content provided by another information content provider. You access or rely on User Content provided by others entirely at your own risk. You may report any User Content that you believe violates this Agreement or applicable law to [support@service.lovense.com].

#### e. Waiver and Public License

To the maximum extent permitted by applicable law, you fully, permanently, irrevocably, and unconditionally waive, abandon, and surrender all copyright and related rights, and all associated claims and causes of action (whether now known or hereafter arising), in the User Content, worldwide, for the maximum duration permitted by law, in any medium, and for any purpose, including commercial, advertising, or promotional purposes (the "Waiver").

If any part of the Waiver is held invalid or unenforceable, you grant each affected person a royalty-free, non-exclusive, non-transferable, non-sublicensable, irrevocable, and unconditional license to exercise your copyright and related rights in the User Content on the same terms (the "License"). If any part of the License is held invalid, the remainder shall remain in effect, and you affirm that you will not (i) exercise any remaining copyright or related rights in the User Content, or (ii) assert any associated claims or causes of action with respect to the User Content.

#### f. AI Service

Definitions. The Services may include AI-powered features developed by the Company or third-party AI Providers (collectively, "AI Service"). "Input" means content you submit; "Output" means content generated in response.

User Responsibility. You are solely responsible for all Inputs and Outputs. You represent and warrant that they (i) comply with this Agreement, applicable laws, and AI Provider terms; (ii) do not infringe any third-party right; and (iii) do not contain or seek to generate sexually explicit material involving minors or other unlawful content.

AI Provider Processing. Inputs and Outputs may be transmitted to and processed by AI Providers to deliver the AI Service. Subject to applicable law and AI Providers' terms, they may use Inputs and Outputs to operate, maintain, and improve their services, including, where lawful, to train or fine-tune their AI models. You should refrain from including sensitive or special categories of personal data in your Inputs.

Applicable Terms. Use of any third-party AI Service is also subject to the AI Provider's terms (with the more restrictive terms controlling in case of conflict). Our Privacy Policy governs the Company's processing of your Personal Data; the AI Providers' processing is governed by their own policies, which we encourage you to review. The Company is not responsible for AI Providers' processing, except as required by law.

Output Limitations. Outputs may be inaccurate, incomplete, misleading, or unlawful. They do not constitute professional advice. Similar or identical Outputs may be generated for other users; you have no exclusive rights in any Output.

Lovense AI CS. We may deploy automated customer-support features; you may at any time request to be connected with a human agent at [support@service.lovense.com].

Risk and Indemnification. Use of the AI Service is at your sole risk. To the maximum extent permitted by law, the Company disclaims all liability arising from your use of the AI Service or any Output, and you agree to indemnify the Company and AI Providers in accordance with this Agreement.

#### g. Loyalty Program Enrollment

By creating a Lovense account, you will be automatically enrolled in the Lovense Loyalty Program (the "Loyalty Program"). Participation is voluntary, and you may opt out at any time, without charge, through your account settings or by contacting [support@service.lovense.com].

Your participation is subject to the applicable Loyalty Program rules and policies, which the Company may modify or terminate at any time in its sole discretion. Loyalty Program points and rewards have no cash value, are non-transferable, and may be forfeited upon termination of the Loyalty Program or your participation therein.

## 2. PRIVACY

#### a. Privacy Policy

(1) Service-Related and Marketing Communications
By using the App, you agree and consent that your use of our Services and our collection and processing of your data, including information transmitted to or stored by HYTTO PTE. LTD. and its sites or affiliates, is governed by the Lovense Privacy Policy. This policy is published at https://www.lovense.com/privacy-policy.

By creating an account, making a purchase, or subscribing to our newsletter, you agree that the Company may send you service-related communications (such as account, transactional, and security notifications) and promotional communications (such as newsletters and special offers). You may opt out of promotional emails at any time using the

unsubscribe link in each email or through your account settings. Service-related communications cannot be opted out of while your account remains active.

(2) Text Message Communications
By providing your mobile number, you consent to receive recurring automated promotional, transactional, and marketing text messages (SMS/MMS) from Lovense, including via automatic dialing systems. Consent is not a condition of purchase. Message and data rates may apply. Message frequency varies. You may opt out at any time by replying STOP or contacting [support@service.lovense.com]. The Company is not liable for delayed or undelivered messages. You represent that the mobile number you provide is your own and that you are at least 18 years of age.

**b. Respecting Other People's Rights**

You agree not to misuse the Services. You shall not, and shall not enable any third party to:

(1) commit or encourage any criminal offense or unlawful act;
(2) transmit or distribute any virus, worm, Trojan horse, malware, or other malicious code;
(3) hack, gain unauthorized access to, or compromise the security of the Services or any user account; corrupt, alter, or destroy any data;
(4) interfere with the performance or functionality of the Services or any associated computer systems, including through denial-of-service attacks, scrapers, or bots;
(5) violate or infringe any other person's rights of publicity, privacy, copyright, trademark, patent, or other intellectual-property right;
(6) bully, harass, threaten, stalk, intimidate, defame, or shame any person, or engage in hateful or discriminatory conduct;
(7) transmit any content that is unlawful, obscene, pornographic involving minors, in breach of confidence, or otherwise offensive;
(8) impersonate any person or misrepresent your identity or affiliation;
(9) send unsolicited advertising or promotional material ("spam"), or harvest user information for such purposes;
(10) use the Services for any commercial purpose or to train any competing product or machine learning model, without the Company's prior written consent.

Without the Company's express written consent, you may not use any branding, logos, trademarks, designs, photographs, videos, or other materials of the Company; nor may you copy, archive, download, distribute, broadcast, scrape, or otherwise use any portion of the Services or its content except as expressly permitted by this Agreement.

Any violation of this Section may result in immediate suspension or termination of your account, removal of User Content, and forfeiture of any rewards, in addition to all other available remedies. Where a violation may constitute a criminal offense or violate applicable law, the Company reserves the right to investigate, report such violation to the appropriate authorities, and disclose your identity and account information in accordance with applicable law and the Privacy Policy. The Company's failure to enforce any provision of this Section shall not constitute a waiver of its right to do so at any time.

## 3. THIRD-PARTY COPYRIGHT AND DMCA NOTICE

The Company respects intellectual property rights and complies with the Digital Millennium Copyright Act, 17 U.S.C. § 512 ("DMCA"). The Company removes or disables access to allegedly infringing material upon receipt of a valid notice and, in accordance with 17 U.S.C. § 512(i), maintains a policy of terminating repeat infringers in appropriate circumstances.

To submit a DMCA takedown notice or counter-notification, please contact the Company's Designated Copyright Agent at [support@service.lovense.com] with all information required by 17 U.S.C. § 512(c)(3) or § 512(g)(3), respectively. Misrepresentations may result in liability under 17 U.S.C. § 512(f).

For other intellectual-property concerns (including trademarks, patents, or trade secrets), please contact [support@service.lovense.com].

## 4. SAFETY AND CYBERSECURITY

The Company strives to keep the Services safe but cannot guarantee a risk-free environment. You share responsibility for safe and lawful use.

**Prohibited Conduct.** You will not: (1) use the Services unlawfully; (2) use any automated tool to access the Services or extract user information; (3) develop or interface third-party applications with the Services or Lovense products without written consent; (4) disrupt, overload, or impair the Services or any user's enjoyment; (5) access another user's account or device without permission; (6) solicit credentials from other users; (7) post graphic violence, hate speech, threats, sexual content involving minors, or incitements to violence; (8) upload malware or compromise security; (9) circumvent any content-filtering, security, or access-control measure; or (10) probe or test vulnerabilities.

**Product Cybersecurity.** The Company designs and offers its products with digital elements in accordance with applicable cybersecurity laws, and provides security updates throughout the supported lifetime. You agree to install updates promptly and not modify or circumvent security measures. The Company will notify users of exploited vulnerabilities and severe incidents as required by law.

**Vulnerability Reporting.** Report suspected vulnerabilities in good faith to [support@service.lovense.com]. Do not publicly disclose vulnerabilities before the Company has had a reasonable opportunity to remediate.

**Physical Safety and User Interactions.** Use the Services and any Lovense product safely and in accordance with all instructions and warnings. Do not use them in a manner that could distract you from traffic or workplace safety laws, and discontinue use if you experience any pain or adverse effect. You are solely responsible for any loss, damage, injury, or fraud arising from interactions with other users, including remote-control sessions or off-platform transactions.

## 5. ACCOUNT SECURITY

You agree to provide accurate registration information and to maintain the confidentiality of your account credentials, including username and password. You are responsible for all activities that occur under your account, whether or not authorized by you. You agree to not share or disclose your credentials to any third party.

Notify the Company immediately at [support@service.lovense.com] if you become aware of, or suspect, any unauthorized access to your account or breach of account security. The Company is not liable for any loss arising from your failure to comply with this Section. The Company may suspend, restrict, or terminate your account at its sole discretion if it suspects unauthorized use, fraud, or violation of this Agreement.

## 6. PRICING, PRODUCT INFORMATION, AND ORDERS

Information on the Lovense website may, from time to time, contain typographical errors, inaccuracies, or omissions relating to product descriptions, specifications, images, pricing, promotions, shipping, or availability. The Company reserves the right, without prior notice, to correct any such errors and to change or update information at any time, including after you have submitted an order.

Your submission of an order constitutes an offer to purchase, which the Company may accept or decline in its sole discretion. A binding contract of sale is formed only upon the Company's express acceptance or shipment of the ordered products. If a product is listed at an incorrect price or with incorrect information, the Company may refuse or cancel any order, whether or not the order has been confirmed and your payment method charged; in such case, any amount charged will be refunded.

All products and offers are subject to availability and may be limited or discontinued at any time. Prices do not include applicable taxes, duties, customs fees, or shipping charges, unless expressly stated.

## 7. WARRANTY, RETURNS, REFUNDS AND REPLACEMENTS

Warranty claims, returns, refunds, and replacements are governed by the Lovense Warranty Policy and Returns Policy, each of which is incorporated into these Terms by reference.

After a replacement has been provided for a defective device, Lovense may, where reasonably necessary and to the extent permitted by applicable law, discontinue support for or deactivate the original defective device. This may include discontinuing software updates, deactivating app-based services associated with that device, or ending after-sales support. Any such action will be limited to the original defective device and will not affect the replacement device, the customer's account or other devices, or any statutory rights or remedies that cannot be excluded or limited under applicable law.

## 8. AMENDMENT TO TERMS

The Company may amend, modify, supplement, or discontinue this Agreement, the Services, or any part thereof at any time in its sole discretion. Material changes will be communicated through the App, the Lovense website, by email, or by other reasonable means, and will take effect on the date specified in the notice or, where no date is specified, upon publication. Where required by applicable law, the Company will provide reasonable advance notice. Your continued use after the effective date constitutes acceptance; if you do not agree, you must cease using the Services and may close your account.

## 9. DISCLAIMER

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITHOUT WARRANTIES OF ANY KIND, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY, AND NON-INFRINGEMENT. The Company does not warrant that the Services will be uninterrupted, secure, error-free, timely, or accurate, or that any defects will be corrected.

Certain features or content may be generated by artificial intelligence and are provided for informational purposes only. Reliance on AI-generated Output is at your sole risk; the Company does not warrant its accuracy, completeness, or suitability, and you are encouraged to seek qualified professional advice or independently verify any information.

The Company assumes no responsibility or liability for any content created, uploaded, posted, sent, received, or stored by you, any other user, or any third party through the Services. You acknowledge that you may be exposed to content that is offensive, inaccurate, misleading, unlawful, or otherwise inappropriate.

Nothing in this Agreement shall exclude, restrict, or modify any rights or remedies you may have as a consumer under applicable mandatory law that cannot be excluded by contract. Where any disclaimer or limitation in this Section is held unenforceable, it shall apply to the maximum extent permitted by such law.

No Liability for Force Majeure. The Company shall not be liable for any failure or delay in performance, or any disruption to the Services, caused by circumstances beyond its reasonable control, including without limitation acts of

God, natural disasters, pandemics, war, terrorism, civil unrest, government action, labor disputes, infrastructure failure, internet or telecommunications outage, third-party service provider failure, or cyberattacks.

### 10. LIMITATION OF LIABILITY

To the maximum extent permitted by applicable law, Lovense and its managing members, shareholders, employees, affiliates, licensors, agents, and suppliers shall not be liable for any indirect, incidental, special, consequential, or punitive damages, or for any loss of profits, revenues, data, use, or goodwill, arising out of or in connection with: (a) your use of, or inability to use, the Services; (b) any conduct or content of users or third parties; or (c) any unauthorized access to or use of your content.

Nothing in this Agreement excludes or limits liability that cannot be excluded or limited under applicable law, including liability for death or personal injury caused by negligence, fraud, or willful misconduct.

To the extent permitted by law, Lovense's total aggregate liability arising out of or in connection with the Services shall not exceed the amount paid by you for the relevant product or Service in the ninety (90) days preceding the event giving rise to the claim.

### 11. GOVERNING LAW AND DISPUTE RESOLUTION

10.1 Governing Law. This Agreement and any Dispute shall be governed by the laws of the Hong Kong, without regard to conflict-of-laws principles. The CISG shall not apply.

10.2 Informal Resolution. Before initiating any formal proceedings, the parties shall attempt in good faith to resolve any Dispute for at least 30 days after written notice.

10.3 Arbitration. Any Dispute shall be referred to and finally resolved by arbitration administered by the Hong Kong International Arbitration Centre (HKIAC) under its Administered Arbitration Rules in force at the time the Notice of Arbitration is submitted. The seat shall be Hong Kong, the tribunal shall consist of one arbitrator (unless the HKIAC determines three arbitrators are warranted), and the language shall be English. Proceedings shall be confidential. The award shall be final and binding.

10.4 Class Action and Jury Trial Waiver. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL DISPUTES SHALL BE RESOLVED ON AN INDIVIDUAL BASIS ONLY. EACH PARTY WAIVES ANY RIGHT TO A CLASS, COLLECTIVE, CONSOLIDATED, REPRESENTATIVE, OR MASS PROCEEDING, AND ANY RIGHT TO A JURY TRIAL.

### 12. ENTIRE AGREEMENT AND SEVERABILITY

These Terms constitute the entire agreement between you and HYTTO PTE. LTD. regarding the use of our Services, superseding all prior or contemporaneous communications and proposals (whether oral, written, or electronic).

If any provision of these Terms is found to be unenforceable or invalid by a court of competent jurisdiction, that provision shall be limited or eliminated to the minimum extent necessary so that these Terms shall otherwise remain in full force and effect and enforceable.

The Lovense Privacy Policy and End User License Agreement are integral parts of, and are incorporated by reference into, this Agreement. By accessing or using the Services, you acknowledge that you have read, understood, and agreed to all of these documents, which together constitute the entire agreement between you and the Company and supersede any prior understandings. In the event of any conflict between this Agreement and the Privacy Policy regarding data processing, the Privacy Policy shall prevail; in all other matters, this Agreement shall prevail.

### 13. PREVAILING LANGUAGE

The English version of this Agreement is the official and binding version. While we may provide translations for your convenience, the English version shall prevail in the event of any conflict or inconsistency, except where mandatory law in your jurisdiction requires otherwise.

**Support**

FAQ
User Guides
Download
Contact Us
Warranty
Shipping FAQ
Payment FAQ
Press Room
Declaration of Conformity

**Company**

About Us
Diversity & Inclusion
Blog
Affiliates
Developers
Influencer Program
Student Offer
Resellers & Wholesalers
Refer a Friend

**Camming**

Interactive Cam Show
About
Download
Setup Guides

**Discover**

Generate Vibes with Lovense AI Sync
Interactive Gaming
Long-Distance Play
Long-Distance Stories
App Control
Gift Ideas
Virtual Reality
Erotic Audio Stories
Interactive Adult Content
Our Panel of Experts
Store Locator

**Stay in touch with your pleasure!**

Sign up for our newsletter to never miss exclusive deals, new releases, and giveaways. You'll also get instant access to our ***free Lovense Pleasure Bible***.

Your email address

You can unsubscribe at any time using the link in the newsletter. By clicking on the sign-up button, you agree to our Terms of Use and Privacy Policy.

**Follow Us**

Twitter Instagram Facebook TikTok Discord Youtube Pinterest Reddit

TrustScore 4.2 | 2,309 reviews

Copyright © 2009 - 2026 by HYTTO PTE. LTD. Privacy Policy · T&C · EULA · Cookie Policy · Security · Accessibility Statement · 2257

ENGLISH

Age Disclaimer

At LOVENSE, we are dedicated to providing a safe and responsible online environment for adults. We take our responsibility seriously and comply with all relevant regulations and guidelines.

All models featured on our website are 18 years or older. By accessing and using our site, you confirm that you are at least 18 years old and understand and accept the content on our site. If you experience any issues with our site, email our team at support@service.lovense.com.

For information on the Custodian of Records required, please refer to our U.S.C. §2257 Compliance Notice.

Telegram

WhatsApp

X

Email

Facebook

Reddit

Link

Cancel