Scott Raber (SBN 194924)
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208
scott.raber@rimonlaw.com

Michael S. Lazaroff (*Pro Hac Vice* application pending)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HYTTO PTE. LTD., (D/B/A) "LOVENSE"'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: December 3, 2026<br>Time: 1:30 p.m.<br>Location: Phillip Burton Federal Building, 450 Golden Gate Avenue, Courtroom 5, 17th Floor, San Francisco, CA 94102 |

Defendant Hytto Pte. Ltd., (d/b/a) "Lovense"'s ("Hytto" or "Defendant") Motion to Compel Arbitration and Stay Proceedings (the "Motion") came on for hearing on December 3, 2026 at 1:30 p.m. in Courtroom 5 of the above-entitled Court, before the Honorable Edward M. Chen.

The Court, having considered the moving and opposing papers, the complete files and records in this action, matters of which the Court may take judicial notice, and the arguments of counsel, and good cause appearing, the Court hereby rules as follows:

The Motion of Hytto for an Order compelling Plaintiff to arbitrate her claims and to stay this proceeding pending completion of the arbitration is hereby **GRANTED.**

**IT IS SO ORDERED**.

DATED:

Hon. Edward M. Chen
United States District Judge