Scott Raber (SBN 194924)
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208
scott.raber@rimonlaw.com

Michael S. Lazaroff (Admitted *Pro Hac Vice*)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Attorneys for Defendant
HYTTO PTE. LTD., (D/B/A) "LOVENSE"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYTTO PTE. LTD., (D/B/A) "LOVENSE", a Singaporean Private Limited Company,<br><br>Defendants. | Case No. 3:25-cv-06905-EMC<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

**TO THE COURT, PARTIES AND THEIR RESPECTIVE COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hytto Pte. Ltd., (d/b/a) "Lovense", through their undersigned counsel, discloses the following:

Hytto Pte. Ltd., (d/b/a) "Lovense" is a Singaporean private limited company that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: August 28, 2026 RIMON, P.C.

By: */s/ Scott Raber*

Scott Raber (SBN 194924)
RIMON, P.C.
545 Middlefield Road, Suite 250
Menlo Park, CA 94025
Telephone: (415) 693-9208
scott.raber@rimonlaw.com

Michael S. Lazaroff (Admitted *Pro Hac Vice*)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com